(Form IN FORMA PAUPERIS-Rev. 4/20/05, S.D. of Ohio)



FILED
RICHARD W. NAGEL
CLERK OF COURT

OCT -4 2024 1:06 P

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-COLUMBUS

JUDGE MORRISON

MAGISTRATE JUDGE DEAVERS

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

**Plaintiff(s)**

Trace Anthony Anderson
Title of most Power Type:
The Son of Perdition
according to Prophecy
Bible: of Daniel & II Thessalonians 2

vs.

**Case No.**

2:24 CV 4021

**Defendants(s)**

ALL Saints with Judges
to the Supreme Court.

**APPLICATION/ MOTION TO PROCEED**
**WITHOUT PREPAYMENT OF FEES**
**(IN FORMA PAUPERIS)**
**AND AFFIDAVIT IN SUPPORT THEREOF**

**Instructions: In order for the Court to properly consider your application, you must answer each question below and provide the information requested.  No application will be considered until it is fully completed.**

**I. Are you employed?**                                        Yes_____          No_✓_

   **A.  If you answered "Yes":**

      (1) What is the name and address of your employer

      _____

      _____

      (2) How much do you earn per month?

      _____

   **B.  If you answered "No"**

      (1) Have you ever been employed?            Yes_✓_          No_____

      If yes, what was the last year and month you were
      employed? _2022   for a year + 6 months_
      How much did you earn a month? _$1000.00_

**II. What is your marital status?**   N/A

   Single_____        Married_____        Widowed_____        Divorced_✓_

   **A.  If you answered "Married":**

      (1) Is your spouse employed?  Yes_____        No_____

      If yes, how much does your spouse earn each month?

      $_____

**III.  Do you have any dependents?**        Yes_____        No_✓_

If you answered "Yes" list each dependent's name (minor children should be identified only by their initials), relationship to you, and the amount you contribute to their support:

| Name | Relationship | Amount |
|------|--------------|--------|
|      |              |        |
|      |              |        |
|      |              |        |

**IV.  Within the past twelve (12) months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, retirement benefits, annuity payments, interest or dividends, or any other source?**        Yes_✓_        No_____

   A. If you answered "Yes," describe each source of income and the total amount you received from that source over the twelve-month period:

| Source | Amount | Source | Amount |
|--------|--------|--------|--------|
| SSA | $1200 |  | $ |
|  | $ |  | $ |
|  | $ |  | $ |

**V.  Do you have any cash on hand or money in a savings, checking, or other account?**
Yes ✓          No____

    **A.  If you answered "Yes", state the combined total amount:**
    $ 1100 _____ .

**VI.  Do you own any real estate, stocks, bonds, notes, automobiles, or any other valuable property?**
Yes____          No ✓
    A.  If you answered "Yes", describe each piece of property and state it's value:

| Property | Value | Property | Value |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

**VII.  List all your creditors, including banks, loan companies, charge accounts, personal loans, rent, utilities, child support, etc., and the amount you pay each month on each bill/obligation:**

| Creditor N/A | Amount Owed | Creditor | Amount Owed |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

**VIII.  State your address and telephone number where the Court can reach you.**
traceanderson237@gmail.com

I declare under penalty of perjury that the above information is true and correct.

_____          _Trace A Anderson_____
Date          Signature of Applicant