UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**TRACE ANTHONY ANDERSON,**

    **Plaintiff,**

        :

  v.

        Case No. 2:24-cv-4021
        **Chief Judge Sarah D. Morrison**
        **Magistrate Judge Elizabeth**
        **Preston Deavers**

**THE SAINTS,**

        :

    **Defendant.**

## ORDER

This matter is before the Court on the Order and Report and Recommendation issued by the Magistrate Judge on November 4, 2024. (R&R, ECF No. 4.) The Magistrate Judge granted Plaintiff Trace Anthony Anderson's request to proceed *in forma pauperis* (ECF No. 1), and, after performing an initial screen of the Complaint pursuant to 28 U.S.C. § 1915(e)(2), the Magistrate Judge recommended that the Court dismiss Mr. Anderson's claims as frivolous, and for failure to state a claim upon which relief may be granted and lack of subject matter jurisdiction. (R&R.) The time for filing objections has now passed and no objections were filed.

The Report and Recommendation is **ADOPTED** and **AFFIRMED**. Mr. Anderson's Complaint is **DISMISSED**. The Clerk is **DIRECTED** to **TERMINATE** this case from the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

    **IT IS SO ORDERED.**

                            /s/ Sarah D. Morrison
                            **SARAH D. MORRISON, CHIEF JUDGE**
                            **UNITED STATES DISTRICT COURT**